IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CLAUDIA JUAN GONZALEZ, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-512-CDL-AGH |
| | * |
| Warden, STEWART DETENTION CENTER, *et al.,* | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 7th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk